CHRIS BENDZ  #74170
*(full name/prisoner number)*
SICI   MCU - C5
P.O. Box 8509
Boise  Idaho  83707
*(complete mailing address)*

U.S. COURTS

NOV 01 2013

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

ORIGINAL

Chris Bendz,
*(full name)*

Plaintiff,

v.

Idaho Dept. of Corrections; State of Idaho
Care Provider for Idaho Dept. of Corrections
Corizon Medical,
Numerous John Doe and Jan Doe Defendants
of Corizon Medical

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:13-CV-476-CWD
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ✓ Yes  ___ No

---

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

 ✓ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
 ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
 ___ Other federal statute *(specify)* _____; or diversity of citizenship.
 ✓ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

B. PLAINTIFF

My name is __Chris Bradz__. I am a citizen of the State of __Idaho__,

presently residing at __SICI (South Idaho Correctional Institution) Boise, Idaho__.

C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Corizon Medical__ __Idaho Dept. of Corrections Care Providers, John & Jane Doe Defendants & IDCC__, who was acting as __Medical Care Provider__
   (defendant)                                                                                  (job title, if a person; function, if an entity)

for the __State of Idaho's Idaho Dept. of Corrections__.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __From 2004 - Through 10-29-2013__ Defendants did
                                                                        (dates)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
__The Defendants originally Diagnosed the Plaintiff with Hepatitus C. The Defendants never offered any treatment or did follow ups to the plaintiff. An outside Dr. (Dr Sanderson) then advised the Plaintiff that He never had (Hep C) & that He had Cancer. The Cancer had Spread and The Plaintiff lost A Kidney that was Removed. The Plaintiff now Has Spots on His Liver and Lung that The Defendants Refuse to treat Him for Because He is "Topple" out His time in 8½ months.__

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
__All Defendants in This Action by Their "Negligence" and "Deliberate Indifference" to the Plaintiffs Needs Violated the Plaintiffs Eighth Amendment Right to the Constitution of the United States. All These Defendants Are and Were "Acting under Color of Law" at all times Relevant to This Complaint and the Defendants Deliberate Actions Proximately Caused the Plaintiff Numerous Damages.__

4. I allege that I suffered the following injury or damages as a result:
__I've lost A Kidney, Have Spots on MRI's that are Scaring Me out of my Mind and the Defendants Refuse to Do what Dr. Sanderson and other Outside Specialists Order for The Plaintiff.__

5. I seek the following relief: Declaratory Judgment, Injunctive Relief, Compensatory Damages, Real Damages And Punitive Damages In Excess of $5,000,000.00 (Five Million Dollars) To Be Determined By A Jury.

6. I am suing Defendants in his/her All Their ✓ personal capacity *(money damages from Defendant personally)*, and/or
___ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ___ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ✓ Yes ___ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I have written Numerous Concern Forms And Filed Tort Claims on "Notice of Torts" with The Secretary of States office.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
|  |  | — Nosla — |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ✓ do not ___ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: I Am Ignorant of The Law & There Exist Numerous Medical Issues That Will Take Experts In The Field To Figure out.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

PRISONER COMPLAINT - p. 3                                                                                  (Rev. 10/24/2011)

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on __10-30-13__ *(date); OR (specify other method)* _____.

Executed at __Boise, Id__ on __10-30-13__.
           *(Location)*                       *(Date)*

                                                  *Chris Beudy*
                                            *Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original** exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*